PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>MAURICEO M. TELLEZ,<br><br>                    Defendant. | Case No. 1:21-po-00109-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

     The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED:  September 14, 2021

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By:    /s/ Jeffrey A. Spivak__
       JEFFREY A. SPIVAK
       Assistant U.S. Attorney

1

**O R D E R**

    IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated:   **September 14, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

2